Broad, et al., Appellants, *v.* Mr. Ed., Inc.

Argued March 18, 1975. *Abraham J. Golden,* for appellants; *Richard A. Mitchell,* with him *Cramp, D'-Iorio, McConchie & Surrick,* for appellee.

Order affirmed.

Cadogan, Appellant, *v.* Forsythe Associates, Inc.
Cadogan, Appellant, *v.* Rowen.

Argued March 20, 1975. *Barton A. Haines,* for appellant; *Herbert F. Holmes, Jr.,* for appellees.

Order affirmed.

Cantor Appeal.

Argued March 21, 1975. *Bruce E. Cooper,* with him *Cooper, Friedman & Butler,* for appellant; *Edgar B. Bayley,* with him *Arnold, Slike & Bayley,* for appellee.

Order affirmed.

Chester County Federal Savings & Loan Association *v.* Bonaventure, et ux., Appellant, et al.

opinion by SUGERMAN, J. Argued March 19, 1975. *Bruce Grant Bonaventure,* in propria

persona, for appellant; *James L. Head,* with him *Klein, Elicker, Head & Butler,* for appellee.

Order affirmed; petition for reargument refused May 29, 1975.

## Cohen *v.* Nationwide Insurance Company, Appellant.

order by HIRSH, J. Argued March 17, 1975. *Robert M. Ruzzi,* for appellant; *Bernard M. Gross,* with him *Harris Sklar,* and *Gross & Sklar,* for appellee.

Order affirmed.

## Commonwealth *v.* Arce, Appellant.

Argued March 19, 1975. *William C. Costopoulos,* with him *Kollas & Costopoulos,* for appellant; *Kevin A. Hess,* Assistant District Attorney, with him *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bilbee, Appellant.

Argued March 20, 1975. *Nathan Criste,* Assistant Public Defender, with him *Paul Laskow,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.